# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

GEORGE SCHMIDT, JR., et al,

        Plaintiffs,

v.

DIRECTV, LLC, and DIRECTSAT USA, LLC,

        Defendants.

Civil No. 14-3000 (JRT/TNL)

**ORDER GRANTING UNOPPOSED MOTION TO APPROVE FSLA SETTLEMENT**

George A. Hanson, Crystal Cook, Alexander Thomas Ricke, **STUEVE SIEGEL HANSON, LLP,** 460 Nichols Road, Suite 200, Kansas City, MO 64112, Todd C. Werts, Sander C. Sowers, **LEAR WERTS LLP,** 2003 West Broadway, Suite 107, Columbia, MO 65203, Paul J. Lukas **NICHOLS KASTER, PLLP,** 80 South Eighth Street, Suite 4600, Minneapolis, MN 55402-2242 for plaintiffs.

Colin D. Dougherty, Thomas Mastroianni, Joseph McNelis, III, **FOX ROTHSCHILD LLP**, 10 Sentry Parkway, Suite 200, Blue Bell, PA 19422, Elizabeth Patton, Aaron Mills Scott, **FOX ROTHSCHILD LLP**, 222 South Ninth Street, Suite 2000, Minneapolis, MN 55402, for defendants.

The Court has reviewed the Plaintiffs' Unopposed Motion to Approve FSLA Settlement. (Docket No. 341)

Based upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that the parties' proposed settlement agreements are hereby **APPROVED** and the parties are ordered to carry-out the terms of the settlement. This action is **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 17, 2018                        s/John R. Tunheim
at Minneapolis, Minnesota               JOHN R. TUNHEIM
                                                     Chief Judge
                                                     United States District Court