# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| George Schmidt, Jr., Timothy Hanggi, Dan Benjegerdes, Robert Kiekbusch, Jr, James Nord, Mitchell Finwall, Dylan Monroe, John Koziol, Lawrence Klimek, Tanner Porisch, Neill Jerry, Jeffery Engelke, Dennis Gregorson, Craig Wemple, Vachee Yang, | **JUDGMENT IN A CIVIL CASE** |

Plaintiff(s),

v.                                                                  Case Number: 14-cv-3000 JRT/TNL

DIRECTV, Inc., DIRECTV, LLC, DirectSat USA, LLC,

Defendant(s).

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The parties' proposed settlement agreements are hereby APPROVED and the parties are ordered to carry-out the terms of the settlement. This action is DISMISSED WITH PREJUDICE.

Date: 8/17/2018                                                        KATE M. FOGARTY, CLERK

                                                                                    s/M. Price
                                                                         (By)   M. Price, Deputy Clerk